STATE OF IOWA v. JOHN KIMES, Appellant.

*Appeal from Polk District Court.*

SATURDAY, MAY 26, 1894.

THE defendant was convicted of the crime of keeping a house of ill fame, and judgment entered against him, from which he appeals.— *Affirmed.*

*W. S. Wilcox* for appellant.

*John Y. Stone,* attorney general, for the state.

PER CURIAM.—The case is submitted upon a partial transcript, showing only the indictment, and judgment overruling appellant's motion for a new trial, and that he be imprisoned in the penitentiary at Ft. Madison for the period of eighteen months, and for costs. We discover no error in the record before us. Therefore the judgment of the district court is AFFIRMED.